**Order filed November 18, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00375-CR
_____

**FRANK JAMES DISTEFANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

___

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1402036**

___

### ORDER

The reporter's record in this case was due **June 30, 2014**. *See* Tex. R. App. P. 35.1. On **August 12, 2014**, this court ordered the court reporter to file the record within 30 days. On **September 11, 2014**, the court reporter notified the court that no payment arrangements had been made for the record. On **September 22, 2014**, the court reporter notified the court that payment arrangements had been made. The court extended the due date to **October 20, 2014** because we received

proof of payment. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Patricia Palmer** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM